JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN K. ESCOBAR,<br>　　Petitioner,<br>v.<br>CALIFORNIA CORRECTIONS DEPT.,<br>　　Respondent. | Case No. 2:19-cv-00625-GW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Petition Without Prejudice, IT IS ADJUDGED that the Petition (Dkt. 1) is dismissed without prejudice for failure to prosecute.

DATED: December 6, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE